AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _CALIFORNIA_

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Black Motorola Cellular Telephone
Serial Number:  364KFG1QV1

**SEARCH WARRANT**

FILED

MAR 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number:  '08 MJ 8167

TO: _CRAIG MOORE_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____CRAIG MOORE_____ who has reason to believe
Affiant

that    on the person of, or  ✓ on the premises known as (name, description and/or location)
REFER TO ATTACHMENT A

in the _SOUTHERN_____ District of _CALIFORNIA_____ there is now
concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _March 6, 2008_
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search ~~in the daytime — 6:00 AM to 10:00 P.M.~~  | at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
PETER C. LEWIS _____ as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

_2-25-08 @ 11:56 a.m._    at   EL CENTRO        CALIFORNIA
Date and Time Issued                City and State

Peter C. Lewis, U. S. Magistrate Judge
Name and Title of Judge

Signature of Judge

AO 93    (Rev. 12/03)   Search Warrant (Reverse)

| **RETURN** | **Case Number:** 08 MJ 8167 |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/25/2008 | 2/29/08 | Copy of warrant left in property bag |

INVENTORY MADE IN THE PRESENCE OF
DEA Special Agent Jeff Butler / DEA Task Force Officer Craig Moore

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Nothing removed from cell phone - no SIM card in phone

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____     **3-21-08**
Signature of Judge                                     Date

**ATTACHMENT A**

**DESCRIPTION OF PROPERTY TO BE SEARCHED**

One black Motorola cellular phone (Serial Number 364KFG1QV1) without photo

capabilities, that was found within the 1993 Chevrolet Bounder Motorhome at the

Midway Camp Ground.


The cellular telephone to be searched is currently located at the DEA Imperial County

District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry;

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963